**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHANNEL HENDERSON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SUN VALLEY SURGERY CENTER, LLC, a domestic limited-liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00472-ART-DJA<br><br>**ORDER APPROVING**<br><br>**STIPULATIONFOR DISMISSAL OF LAWSUIT WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1) and LR 7-1, Plaintiff CHANNEL HENDERSON and Defendant SUN VALLEY SURGERY CENTER, LLC, by and through their respective counsel of record, hereby stipulate and request that this Court dismiss the above-captioned lawsuit with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The parties further stipulate and request that the Court's order dismissing this lawsuit provide that the parties shall bear their own costs and attorneys' fees incurred in connection with this matter.

**IT IS SO STIPULATED.**

| SKLAR WILLIAMS PLLC | MAIER GUTIERREZ & ASSOCIATES |
|---|---|
| /s/ David B. Barney | /s/ Danielle J. Barraza |
| Johnathon Fayeghi, Esq. | Danielle J. Barraza, Esq. |
| Nevada Bar No. 12736 | Nevada Bar No. 13822 |
| David B. Barney, Esq. | 8816 Spanish Ridge Avenue |
| Nevada Bar No. 14681 | Las Vegas, NV 89148 |
| 410 S. Rampart Blvd., Ste 350 | |
| Las Vegas, NV 89145 | *Attorneys for Plaintiff* |
| | *Channel Henderson* |
| *Attorneys for Defendant* | |
| *Sun Valley Surgery Center, LLC* | |

**ORDER**

**IT IS SO ORDERED.**

Dated: August 17, 2022

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE